

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was due to be filed on February 21, 2014. This court granted Appellant's first motion for extension of time to file the brief until March 21, 2014. On March 17, 2014, Appellant filed a second motion for extension of time to file the brief until March 28, 2014, for a total extension of thirty-five days.

Appellant's motion is GRANTED. Appellant's brief is due to be filed with this court by March 28, 2014. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court